UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, | No. 2:25-cv-2314 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK CAVELLO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2025, the magistrate judge filed findings and recommendations herein which recommended that plaintiff's motion for leave to proceed in forma pauperis be denied. ECF No. 4. The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Id. Plaintiff has filed objections to the findings and recommendations and another application for leave to proceed in forma pauperis (ECF No. 8, 9).

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations (ECF No. 4) are adopted in full;

2. Plaintiff's applications to proceed in forma pauperis (ECF Nos. 2, 9) are DENIED; and

3. Within thirty days of the service of this order plaintiff shall pay the entire $405.00 in required fees or face dismissal of the case.

Dated:  September 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2