UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK CAVELLO,<br><br>　　　　Defendant. | No. 2:25-cv-2314 WBS AC P<br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed September 23, 2025, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. ECF No. 11. Thirty days have now passed, and plaintiff has not paid the filing fee.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: December 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1